UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at LONDON)

| | |
|---|---|
| KENNETH ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>SHARON ROSS, ET AL.,<br><br>    Defendants. | Civil Action No. 6: 22-CV-228-CHB<br><br>**JUDGMENT** |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The defendants' motions to dismiss for lack of subject matter jurisdiction [**R. 7; R. 9**] are **GRANTED**.

2. Ross's complaint [**R. 1**] is **DISMISSED WITHOUT PREJUDICE** to his right to file his complaint in a court with subject matter jurisdiction.

3. This action is **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 13th day of February, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY